UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Weber,

           Plaintiff,          Civil No. 07-1998 (RHK/AJB)

vs.                         **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Johnson & Johnson, Johnson & Johnson
Pharmaceutical Research & Development,
L.L.C., Alza, Inc., Ortho-McNeil
Pharmaceutical, Inc.,

           Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 24, 2007

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge

Dockets.Justia.com